UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT ALAN KLINE,
FDOC Inmate #J00703,
    Plaintiff,

vs.                           Case No.:  3:20cv5942/LAC/EMT

C. MAIORANA, et al.,
    Defendants.
_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on May 26, 2021 (ECF No. 8). Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The chief magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i), 1915A(b)(1).

3.     The clerk of court is directed to enter judgment in accordance with this order and close this case.

4.     Plaintiff's attempt to voluntary dismiss this case (ECF No. 9) is DENIED as untimely.

**DONE AND ORDERED** this 9th day of July, 2021.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.:  3:20cv5942/LAC/EMT